**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

--------

**No. 05-6564**

--------

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ROBERT MILLER,

Defendant - Appellant,

and

$154,863 US CURRENCY,

Defendant.

--------

Appeal from the United States District Court for the District of Maryland, at Baltimore.  J. Frederick Motz, District Judge.  (CA-05-520-1-JFM)

--------

Submitted: December 15, 2005          Decided: December 20, 2005

--------

Before WIDENER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

--------

Affirmed by unpublished per curiam opinion.

--------

Robert Miller, Appellant Pro Se.  A. David Copperthite, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

--------

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Miller appeals the district court's order forfeiting $154,863 to the United States. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Miller, No. CA-04-520-1-JFM (D. Md. Feb. 1, 2005). Because the court has filed and considered Miller's partial informal brief and his addendum to the informal brief, we deny Miller's motion to strike the court's order of September 8, 2005, which denied as moot the motion for extension of time to file Miller's informal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED